## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **JAMES SCOTT DALY, Inmate #25605-198,** ) <br> ) <br> **Plaintiff,** ) <br> ) <br> vs. ) <br> ) <br> **HARLEY LAPPIN, RANDY J. DAVIS, PATRICK PATTERSON,** ) <br> ) <br> **Defendants.** ) | **CIVIL NO. 05-276-DRH** |

## MEMORANDUM AND ORDER

**HERNDON, District Judge:**

This action is before the Court to rule on Plaintiff's motion to alter or amend judgment, filed pursuant to Rule 59(e) of the Federal Rules of Civil Procedure (Doc. 20).

A motion to alter or amend judgment may only be granted if movant shows there was mistake of law or fact or presents newly discovered evidence that could not have been discovered previously. *Matter of Prince*, 85 F.3d 314 (7th Cir. 1996), *reh'g and suggestion for reh'g en banc denied, cert. denied* 117 S.Ct. 608; *Deutsch v. Burlington Northern R. Co.*, 983 F.2d 741 (7th Cir. 1993).

Upon review of the record, the Court remains persuaded that its rulings denying a temporary restraining order and a preliminary injunction, dismissing Plaintiff's due process claim, and dismissing defendant Harley Lappin were correct. Therefore, the instant motion (Doc. 20) is **DENIED**.

**IT IS SO ORDERED.**

**DATED: March 27, 2006**

/s/  David  RHerndon
**DISTRICT JUDGE**