# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

JAMES SCOTT DALY,

   **Plaintiff,**

v.          **CIVIL ACTION NO.  05-CV-276 DRH**

HARLEY LAPPIN,
RANDY J. DAVIS, and
PATRICK PATTERSON,

   **Defendants.**

## JUDGMENT IN A CIVIL CASE

  **DECISION BY COURT.**  This action came to hearing before the Court on Defendants' Motions for Summary Judgment.

  **IT IS ORDERED AND ADJUDGED** that the motion is **GRANTED.** Judgment is entered in favor of Defendants **RANDY J. DAVIS** and **PATRICK PATTERSON** and against Plaintiff **JAMES SCOTT DALY**.

  **IT IS FURTHER ORDERED AND ADJUDGED** that the claim against Defendant **HARLEY LAPPIN** is dismissed with prejudice.------------------------------------------------------------

        **NORBERT G. JAWORSKI, CLERK**


April 2, 2008      BY: /s/Patricia Brown
             Deputy Clerk

APPROVED: /s/  DavidRHerndon
     **CHIEF JUDGE**
     **U.S. DISTRICT COURT**